**NORTHWEST FOOD PROCESSORS ASSOCIATION, a nonprofit association; Tualatin Valley Fruit Marketing, Inc., an Oregon corporation; American Frozen Food Institute, a non-profit association; James M. Love, Plaintiffs–Appellants–Cross–Appellees,**

**and**

**Dave Frohnmayer, Attorney General for the State of Oregon, on behalf of the People of the State of Oregon, Plaintiff–Intervenor,**

**v.**

**William K. REILLY \*, Administrator, Defendant–Appellee,**

---

\* William K. Reilly is substituted for his predecessor, Lee M. Thomas, as Administrator. Fed.R. App.P. 43(c)(1).

David Alvarez; Alicia Prieto; Cristina Esquivel, et al.; National Coalition Against the Misuse of Pesticides; Northwest Coalition Against Pesticides; Natural Resources Defense Council; United Farmworkers Union of Washington State; Pineros Y Campesinos Unidos Del Noroeste, Inc., Defendants–Intervenors–Appellees–Cross–Appellants.

### AMERICAN FROZEN FOOD INSTITUTE, a nonprofit association, Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; William K. Reilly *, Administrator, Respondents.

Nos. 88–4339, 88–4389 and 88–7216.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 9, 1989.

Decided March 20, 1989.

Susan K. Eggum, McEwen, Gisvold, Rankin & Stewart, Portland, Or., for plaintiffs-appellants-cross-appellees.

Eileen T. McDonough, U.S. Dept. of Justice, Washington, D.C., for defendant-appellee.

Victor M. Sher, Sierra Club Legal Defense Fund, Seattle, Wash., for defendants-intervenors-appellees-cross-appellants.

Before SKOPIL, CANBY and THOMPSON, Circuit Judges.

### ORDER

This court has jurisdiction in this case to review the final order of the Administrator of the Environmental Agency filed June 10, 1988 canceling registrations of products containing dinoseb and permitting the use of existing stocks. 7 U.S.C. § 136n(b).

The petition for review is granted. The final order of the EPA Administrator filed June 10, 1988 canceling registrations of products containing dinoseb and permitting the use of existing stocks, subject to the restrictions and conditions of such order, is AFFIRMED in its entirety.

The motion of defendants-intervenors-cross-appellants for an injunction pending appeal is DENIED.

This order is filed at this time because of the particular need to decide this case promptly. A formal opinion will be prepared and filed at a later date.